UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMERICAN SERVICES INSURANCE COMPANY, INC. | CIVIL ACTION |
| VERSUS | NO: 20-770 |
| EMMANUEL R. STEPTORE, et al | SECTION: "A" |

## ORDER TO SHOW CAUSE

**IT IS ORDERED** that plaintiff(s) show cause on or before **July 24, 2020**, by written motion or memorandum, as is appropriate, to report the status thereof or show cause why certain defendant(s) should not be dismissed for plaintiff's failure to prosecute.

Failure to comply with this order may result in dismissal without further notice.

New Orleans, Louisiana this 22nd day of June 2020.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE