UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AMERICAN SERVICE INSURANCE COMPANY, INC.** | **CIVIL ACTION NO. 2:20-cv-00770** |
| **PLAINTIFF** | |
| vs. | **JUDGE JAY C. ZAINEY** |
| **EMMANUEL R. STEPTORE, ANGELINA BROWN, NEW BEGINNING TRANSPORTATION LLC, AND GABRIELLA HILTON** | **MAGISTRATE DANA DOUGLAS** |
| **DEFENDANT** | |

## ORDER STAYING CASE

**IT IS ORDERED** that Civil Action No. 2:20-cv-00770-JCZ-DMD is hereby stayed because of the Order of Liquidation With A Finding Of Insolvency on American Service Insurance Company, Inc. until resolution of same or until relief from the stay is otherwise obtained. The Clerk of Court shall administratively close this matter pending further orders of the Court.

10/5/20

_____
JUDGE JAY C. ZAINEY

PD.29917773.1